# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-865

**Effective Date of Registration:**
February 17, 2025
**Registration Decision Date:**
May 28, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | moz Figure/Elk |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1998 |
| **Date of 1st Publication:** | August 23, 1998 |
| **Nation of 1st Publication:** | Sweden |

## Author

| | |
|---|---|
| •     **Author:** | Moz Sweden AB |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | Sweden |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Moz Sweden AB |
| | Norra Bro 332, Orebro, 705 94, Sweden |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Moz Sweden AB |
| **Address:** | Norra Bro 332 |
| | Orebro 705 94 Sweden |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 17, 2025 |
| **Applicant's Tracking Number:** | MS2025021701 |

